1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10

11   MARK JAMES LYON,                    Case No. CV 24-2812-SVW(E)

12                        Petitioner,     ORDER ACCEPTING FINDINGS,
                                          CONCLUSIONS AND
13          v.                            RECOMMENDATIONS OF UNITED
                                          STATES MAGISTRATE JUDGE
14   GENA JONES, Warden,

15                        Respondent.

16
17

18          Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of

19   the records herein and the attached Report and Recommendation of United States

20   Magistrate Judge.  Further, the Court has engaged in a de novo review of those

21   portions of the Report and Recommendation to which any objections have been

22   made.  The Court accepts and adopts the Magistrate Judge's Report and

23   Recommendation.

24

25          IT IS ORDERED that Judgment shall be entered denying and dismissing the

26   Petition with prejudice.

27   ///

28

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _____ October 2 _____, 2024.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE