JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JAMES LYON, | Case No. CV 24-2812-SVW(E) |
|     Petitioner, | JUDGMENT |
| v. | |
| GENA JONES, Warden, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____October 2_____, 2024.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE